BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00018-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HAMMURABI HERNANDEZ, AND JORGE MEDINA, | DATE: March 5, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on March 5, 2015.

2. By this stipulation, defendants now move to continue the status conference until April 16, 2015, at 9:30 a.m., and to exclude time between March 5, 2015, and April 16, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, state records, the defendants' RAP sheets, and a CD containing a recorded conversation between the defendants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to review the materials, conduct further investigation, consult with their clients, prepare for trial, and conduct pre-trial

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

negotiations.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 5, 2015 to April 16, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 10, 2015                        BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ OLUSERE OLOWOYEYE
                                                 OLUSERE OLOWOYEYE
                                                 Assistant United States Attorney


Dated:  February 10, 2015                        /s/ LEXI NEGIN
                                                 LEXI NEGIN
                                                 Counsel for Defendant
                                                 HAMMURABI HERNANDEZ


Dated:  February 10, 2015                        /s/ GILBERT ROQUE
                                                 GILBERT ROQUE
                                                 Counsel for Defendant
                                                 JORGE MEDINA


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of February, 2015.


                                                 Troy L. Nunley
                                                 United States District Judge