HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Lexi_negin@fd.org

Attorney for Defendant
HAMMURABI HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAMMURABI HERNANDEZ and<br>JORGE MEDINA,<br><br>　　　　Defendants. | Case No. 2:15-cr-018 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME<br><br>Date:　August 6, 2015<br>Time:　9:30 a.m.<br>Judge: Troy L. Nunley |

　　　　IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorney for Hammurabi Hernandez, and defendant, Jorge Medina, by and through his counsel Gilbert Roque that the status conference set for June 11, 2015, be continued to August 6, 2015, at 9:30 a.m.

　　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

　　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 6, 2015;

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  June 8, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/ Alexandra P. Negin*<br>ALEXANDRA P. NEGIN<br>Assistant Federal Defender |
|  | Attorney for Defendant<br>HAMMURABI HERNANDEZ |
| DATED:  June 8, 2015 | */s/ Gilbert Roque*<br>GILBERT ROQUE |
|  | Attorney for Defendant<br>JORGE MEDINA |
| DATED:  June 8, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | */s/ Paul Hemesath*<br>PAUL HEMESATH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for August 6, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 6, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: June 8, 2015

_____
Troy L. Nunley
United States District Judge