HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Lexi_negin@fd.org

Attorney for Defendant
HAMMURABI HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-018 TLN |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE & SET BRIEFING SCHEDULE |
| v. | |
| HAMMURABI HERNANDEZ and JORGE MEDINA, | Date:  November 5, 2015<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorney for Hammurabi Hernandez, and defendant, Jorge Medina, by and through his counsel Gilbert Roque hereby stipulate and agree that the status conference set for August 6, 2015, be vacated and an **non-evidentiary** hearing be set for November 5, 2015 at 9:30 a.m., and that the briefing schedule be set as follows:

Motion due:  October 1, 2015

Opposition due:  October 15, 2015

Reply due:  October 22, 2015

1    The parties stipulate the time between today's date and the filing of the

2   motion should be excluded under 18 U.S.C. § 3161 (h)(7)(B) [reasonable time to

3   prepare] (Local Code T4) and that the ends of justice served by the granting of

4   such continuance outweigh the interests of the public and the defendant in a speedy

5   trial.  The parties also stipulate that the time from the filing of the motion until it is

6   heard must be excluded under 18 U.S.C. § 3161(h)(1)(d)[pendency of

7   motion](Local Code E).  Accordingly, speedy trial time is to be excluded from the

8   date of this order through the date of the hearing set for November 5, 2015.

9                                    Respectfully submitted,

10   DATED:  August 4, 2015          HEATHER E. WILLIAMS
                                     Federal Defender
11

12                                   /s/ Alexandra P. Negin
                                     ALEXANDRA P. NEGIN
13                                   Assistant Federal Defender

14

15                                   Attorney for Defendant
                                     HAMMURABI HERNANDEZ
16

17   DATED:  August 4, 2015          /s/ Gilbert Roque
                                     GILBERT ROQUE
18

19                                   Attorney for Defendant
                                     JORGE MEDINA
20

21   DATED:  August 4, 2015          BENJAMIN B. WAGNER
                                     United States Attorney
22

23                                   /s/ Paul Hemesath
                                     PAUL HEMESATH
24                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
25

26

27

28

STIPULATION and  ORDER TO VACATE          -2-          *US v. Hernandez, et al.*, 15-cr-018 TLN
STATUS CONF & SET SCHEDULE

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Time is excluded to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested briefing schedule and continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of this order, up to and including November 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for counsel to prepare - Local Code T4).  It is further ordered that the August 6, 2015 status conference be vacated, and a **non-evidentiary** hearing be set for November 5, 2015 at 9:30 a.m. The proposed briefing schedule is adopted.

DATED: August 4, 2015

Troy L. Nunley
United States District Judge