HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Lexi_negin@fd.org

Attorney for Defendant
HAMMURABI HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-cr-018 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE BRIEFING SCHEDULE & SET STATUS CONFERENCE |
| v. | |
| HAMMURABI HERNANDEZ and JORGE MEDINA, | Date: November 5, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorney for Hammurabi Hernandez, and defendant, Jorge Medina, by and through his counsel Gilbert Roque hereby stipulate and agree to vacate the current briefing schedule and convert the motion hearing to a status conference set for November 5, 2015 at 9:30 a.m.

The parties are working on a resolution of this case.

Speedy trial time has previously been excluded until November 5, 2015 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

|     |                              |                              |
| --- | ---------------------------- | ---------------------------- |
| 1   |                              | Respectfully submitted,      |
| 2   | DATED:  October 1, 2015      | HEATHER E. WILLIAMS          |
|     |                              | Federal Defender             |

DATED:  October 1, 2015

*/s/ Alexandra P. Negin*
ALEXANDRA P. NEGIN
Assistant Federal Defender

Attorney for Defendant
HAMMURABI HERNANDEZ

DATED:  October 1, 2015

*/s/ Gilbert Roque*
GILBERT ROQUE

Attorney for Defendant
JORGE MEDINA

DATED:  October 1, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

STIPULATION AND ORDER TO VACATE
BRIEFING SCHEDULE AND SET STATUS
CONFERENCE

-2-

# **O R D E R**

The Court orders that motion briefing schedule is vacated. Further, the Court converts the motion hearing to a status conference set for November 5, 2015 at 9:30 a.m. Under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) time remains excluded until November 5, 2015.

DATED: October 13, 2015

_____
Troy L. Nunley
United States District Judge