HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Lexi_negin@fd.org

Attorney for Defendant
HAMMURABI HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-cr-018 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE BRIEFING SCHEDULE & SET STATUS CONFERENCE |
| v. | |
| HAMMURABI HERNANDEZ and JORGE MEDINA, | Date: November 5, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorney for Hammurabi Hernandez, and defendant, Jorge Medina, by and through his counsel Gilbert Roque hereby stipulate and agree to vacate the current status conference set for November 5, 2015 at 9:30 a.m. and set a Change of Plea hearing for both defendants on November 19, 2015 at 9:30 a.m.

Speedy trial time has previously been excluded until November 19, 2015 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED:  October 28, 2015 | HEATHER E. WILLIAMS |
| 3 |  | Federal Defender |

*/s/ Alexandra P. Negin*
ALEXANDRA P. NEGIN
Assistant Federal Defender

Attorney for Defendant
HAMMURABI HERNANDEZ

DATED:  October 28, 2015     */s/ Gilbert Roque*
GILBERT ROQUE

Attorney for Defendant
JORGE MEDINA

DATED:  October 28, 2015     BENJAMIN B. WAGNER
United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

STIPULATION [PROPOSED] ORDER TO SET
CHANGE OF PLEA HEARING                       -2-

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the change of plea hearing set for November 19, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 19, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: October 28, 2015

_____
Troy L. Nunley
United States District Judge